IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No: 5:13-CV-503-BO

| | |
|---|---|
| LAKESHIA WASHINGTON, )<br>)<br>Plaintiff, )<br>)    CONSENT ORDER<br>vs. )<br>CAROLYN W. COLVIN, )<br>ACTING COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>)<br>Defendant. ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,000.00 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's attorney $4,000.00 for attorney fees if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

This **13** day of **December** 2014.

_____
TERRENCE W. BOYLE
United States District Judge

1

CONSENTED TO:

/s/ R. David Wicker, Jr.
R. David Wicker, Jr.
Attorney for Plaintiff
Wicker & Cinski, P.A.
Suite 200
100 East Parrish Street
Durham, NC 27701
E-mail: dwicker@rwlw.com


/s/ Wanda D. Mason
Wanda D. Mason
Attorney for Defendant
Special Assistant U.S. Attorney
Social Security Administration
Office of the General Counsel
Altmeyer Building Room 617
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (410) 966-5044
Fax: (410) 597-0137
E-mail: Wanda.Mason@ssa.gov
Maryland Bar