IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO.: 5:13-CV-000503

| | |
|---|---|
| LAKESHIA LAVON WASHINGTON, )<br>Plaintiff, )<br>)<br>v. )<br>) ORDER<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social )<br>Security, )<br>Defendant. ) | |

On motion of claimant's counsel, and for good cause shown, IT IS ORDERED, pursuant to 42 U.S.C. § 406(b)(1), that claimant's counsel be awarded attorney fees in the amount of $10,157.00 and that claimant's counsel will then reimburse claimant $4,900.00, which was previously awarded to claimant's counsel.

This 6 day of April, 2015.

_____
United States District Judge